In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-08-00374-CV


____________________



IN THE INTEREST OF K.L.C. AND S.A.C.


 




On Appeal from the 88th District Court


Hardin County, Texas


Trial Cause No. 43,521






MEMORANDUM OPINION



 The appellant filed a motion to dismiss this appeal. The motion is voluntarily made
by the appellant prior to any decision of this Court. See Tex. R. App. P. 42.1(a)(1). No other
party filed notice of appeal. We grant the motion and dismiss the appeal.

 APPEAL DISMISSED.



 ____________________________

 STEVE McKEITHEN

 Chief Justice



Opinion Delivered April 23, 2009

Before McKeithen, C.J., Kreger and Horton, JJ.